JAMES FRANGELLA v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF EATONTOWN.

May 30, 1979. Petition for certification denied.

IN THE MATTER OF DIANE EATON.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY JUAN.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. SARALEE LUCHANSKY.

May 30, 1979. Petition for certification denied.

PHYLLIS & PAUL SCHRIGER v. ALAN ABRAHAM & WALTER ALBOHM.

May 30, 1979. Petition for certification granted.

ROBERT G. GUEMPEL v. STATE OF NEW JERSEY.

May 30, 1979. Certification to Superior Court, Law Division granted. (See 159 *N.J.Super.* 166)